**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JOHN PIPPEN**, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **GLOBAL TECHNICAL RECRUITERS** ) <br> **INC.**, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 1:21-cv-00311 <br><br> Judge J. Philip Calabrese |

**ORDER APPROVING SETTLEMENT**

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Release pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b). The Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement and Release Agreement, attached to the Motion as Exhibit A.

Having reviewed the Motion, the Declarations of Plaintiffs' Counsel Robi J. Baishnab and of Anthony Lazzaro attached as Exhibits C and D to the Motion, and the pleadings and papers on file in this Action, and for good cause shown, the Court approves the Settlement and the Agreement, and finds as follows:

1. This lawsuit asserted collective and class claims under the under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq*. and Sections 4111.03(D), 4113.15, and 2307.60 of the Ohio Revised Code. However, of the four opt-in plaintiffs who joined the Litigation, three withdrew. (*See* ECF Nos. 5-6, 12-13 & 28.) Accordingly, the Parties settled on an individual basis for Named Plaintiff Pippen and Opt-in Plaintiff Bonner.

2. The Court finds that the proposed Settlement is a fair and reasonable resolution of a bona fide dispute and satisfies the standard for approval under the FLSA.

3. The Court finds the requested attorneys' fees are reasonable, approves the Settlement Agreement and Release, and orders that the Settlement be implemented according to the terms and conditions of that Agreement.

4. The Court dismisses the claims of Plaintiffs with prejudice and enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Final Judgment immediately.

5. The Court retains jurisdiction over this action to enforce the terms of the Settlement, including the payment plan as outlined in their Agreement.

**SO ORDERED.**

Date: September 17, 2021

_____
J. PHILIP CALABRESE
UNITED STATES DISTRICT JUDGE