UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN PIPPEN, | ) Case No. 1:21cv311 |
| Plaintiff, | ) Judge J. Philip Calabrese |
| v. | ) Magistrate Judge Thomas M. Parker |
| GLOBAL TECHNICAL RECRUITERS INC., et al., | ) |
| Defendants | ) |

## JUDGMENT

The Court filed its Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: September 17, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio